JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
Tax Division
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7000

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV 08 3413 RS |
| Plaintiff, | ) | |
| v. | ) | COMPLAINT |
| JOHN & NANCY BENNETTS; JOHN F. BENNETTS; THE CALIFORNIA FRANCHISE TAX BOARD BOARD; and BANK OF AMERICA, | ) ) ) ) | SAN JOSE VENUE |
| Defendant. | ) | |

Now comes the United States of America, by and through its undersigned counsel, and complains and alleges as follows:

## I. JURISDICTION AND VENUE

1. This is a civil action brought by the United States to reduce to judgment outstanding federal tax assessments against defendants John and Nancy Bennetts and to foreclose federal tax liens upon real property.

2. This action is commenced pursuant to Sections 7401, 7402 and 7403(a) of the Internal Revenue Code of 1986, at the direction of the Attorney General of the United States, with the authorization and sanction and at the request of the Office of Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.

COMPLAINT                                                         1

3. Jurisdiction over this action is conferred upon this Court by 28 U.S.C. §§ 1340 and 1345, and under 26 U.S.C. § 7402(a) of the Internal Revenue Code of 1986.

4. Venue is proper in the Northern District of California because defendant taxpayers, John and Nancy Bennetts, reside at and the subject property is located within this judicial district. 28 U.S.C. §§ 1391 and 1396.

## II. IDENTIFICATION OF DEFENDANTS

5. Defendant John F. Bennetts currently resides at 25880 Rancho Alto, Carmel Valley, California, which is within the jurisdiction of this Court.

6. Defendant Nancy Bennetts currently resides at 25880 Rancho Alto, Carmel Valley, California, which is within the jurisdiction of this Court.

7. California Franchise Tax Board is made a party pursuant to 26 U.S.C. § 7403(b) in that it may claim an interest in the property that the United States seeks to foreclose.

8. Bank of America is made a party pursuant to 26 U.S.C. § 7403(b) in that it may claim an interest in the property that the United States seeks to foreclose.

## III. IDENTIFICATION OF PROPERTY SOUGHT TO BE FORECLOSED

9. The property which is the subject of this suit is real property located at 25880 Rancho Alto, Carmel Valley, California, (hereinafter referred to as the "Subject Property"), and described in the Official Records in the Office of the County Recorder, County of Monterey, California, as follows:

> Lot 17, Block 3, Tract No. 423 Rancho Tierra Grande Subdivision No. 1, filed January 8, 1963 in the office o the County Recorder of the County of Monterey, State of California, in Map Book 7, Cities and Towns.

COMPLAINT                                    2

## COUNT I

## REDUCE ASSESSMENTS TO JUDGMENT

10. The United States reincorporates the allegations in paragraphs 1 through 9 above, as if fully set forth herein.

11. A delegate of the Secretary of the Treasury made assessments against defendants John and Nancy Bennetts for unpaid federal income taxes (Form 1040), penalties and interest for the 1991, 1992, 1993, 1998, 1999, 2000, 2002, 2003, and 2004 tax years as set forth below:

| TAX YEAR/ TYPE OF TAX | DATE OF ASSESSMENT | BALANCE OF TAX INTEREST, FEES & PENALTIES AS OF March 31, 2008 | NOTICE OF LIEN FILED IN MONTEREY COUNTY |
|---|---|---|---|
| 1991/Income | 2/20/1995 | $180,707.70 | 3/21/2008 |
| 1992/Income | 2/13/1995 | $205,669.04 | 3/21/2008 |
| 1993/Income | 2/13/1995 | $126,767.60 | 3/21/2008 |
| 1998/Income | 11/22/1999 | $136,262.63 | 12/15/1999 |
| 1999/Income | 10/09/2000 | $98,554.13 | 05/11/2000 |
| 2000/Income | 11/18/2002 | $16,532.95 | 12/15/1999 |
| 2002/Income | 11/24/2003 | $55,519.34 | 10/29/2004 |
| 2003/Income | 08/15/2005 | $100,269.69 | 11/21/2005 |
| 2004/Income | 08/08/2005 | $167,271.68 | 11/16/2005 |

12. Despite timely notice and demand for payment of the taxes, penalties, and interest described in paragraph 11, defendants John and Nancy Bennetts have neglected, failed, or refused to pay the taxes, penalties and interest described in paragraph 11, and there remains due and owing on said assessments, as of March 31, 2008 the sum of $1,087,554.76, plus accrued interest and penalties and other statutory additions as provided by law, minus any credits.

13. A delegate of the Secretary of the Treasury made assessments against defendant John F. Bennetts for unpaid unemployment (Form 940) and employment (Form 941) taxes pursuant to 26 U.S.C. § 6672, penalties and interest for the quarters ended 12/31/2000, 6/30/2001, 9/30/2001, 12/31/2001, 3/31/2006, and years 1993, and 2005, and a Civil Penalty as

COMPLAINT                                3

set forth below:

| TAX YEAR/ TYPE OF TAX | DATE OF ASSESSMENT | BALANCE OF TAX INTEREST, FEES & PENALTIES AS OF March 31, 2008 | NOTICE OF LIEN FILED IN MONTEREY COUNTY |
|---|---|---|---|
| 2000/(941) | 10/1/2001 | $2,090.27 | 10/25/2004 |
| 2001/(941) | 9/3/2001 | $2,524.04 | 10/25/2004 |
| 2001/(941) | 12/17/2001 | $11,244.58 | 10/25/2004 |
| 2001/(941) | 3/18/2002 | $1,203.00 | 10/25/2004 |
| 2006/(941) | 5/29/2006 | $13,413.75 | requested |
| 2005/(940) | 1/1/2007 | $336.91 | 5/30/2007 |
| 1993/Civil Pen | 6/17/1996 | $11,350.50 | 10/25/2004 |

14. Despite timely notice and demand for payment described in paragraph 13, defendant John F. Bennetts has neglected, failed, or refused to pay the amounts due in paragraph 13, and there remains due and owing on said assessments, as of March 31, 2008 the sum of $42,163.05, plus accrued interest and penalties and other statutory additions as provided by law, minus any credits.

15. The unpaid taxes described in paragraphs 12 and 14 amount to $1,129,717.81, which constitutes the total amount owed by John F. Bennetts and Nancy Bennetts to the federal government as of March 31, 2008.

## COUNT II

### FORECLOSE FEDERAL TAX LIENS

16. The United States reincorporates the allegations in paragraphs 1 through 15 above, as if fully set forth herein.

17. Pursuant to 26 U.S.C. §§ 6321 and 6322, liens arose in favor of the plaintiff, United States of America, upon all property and rights to property, whether real or personal, belonging to defendants John and Nancy Bennetts, as of the dates of the assessments described in paragraphs 11, 13, 14, 15, or acquired thereafter.

18. A Delegate of the Secretary of the Treasury filed Notices of Federal Tax Lien against defendants John and Nancy Bennetts, with the Monterey County Recorder in Salinas,

California, on March 31, 2008, for the 1991, 1992, and 1993 tax years; on December 15, 1999, for the 1998 and 2000 tax years; on May 11, 2000 for the 1999 tax year; on October 29, 2004, for the 2002 tax year; on November 21, 2005 for the 2003 tax year, and on November 16, 2005 for the 2004 tax year.

19. A Delegate of the Secretary of the Treasury filed Notices of Federal Tax Lien against defendant John F. Bennetts, with the Monterey County Recorder in Salinas, California, on October 25, 2004, for the 1993, 2000, and 2001 tax years; on May 30, 2007, for the 2005 tax year, and a notice has been requested for the 2006 tax year.

20. The property described in paragraph 9 has at all pertinent times been property belonging to defendants John and Nancy Bennetts, and only to them, for purposes of the tax lien provisions of the Internal Revenue Code. Accordingly, the federal tax liens at issue in paragraphs 11, 13, 18, and 19 attached to the property when the liens arose, and the tax liens have continued to the present and without interruption to attach to such property.

**WHEREFORE**, the plaintiff, United States of America, prays for the following relief:

1. That this Court determine and adjudge that defendants John and Nancy Bennetts are together personally liable to the United States for the sum of $1,087,554.76, plus interest and statutory additions, as provided by law, that have accrued, and continue to accrue, since March 31, 2008; that a judgment in that amount be entered against defendants John and Nancy Bennetts and in favor of the United States of America;

2. That this Court determine and adjudge that defendant John F. Bennetts is personally liable to the United States for the sum of $42,163.05, plus interest and statutory additions, as provided by law, that have accrued, and continue to accrue, since March 31, 2008; that a judgment in that amount be entered against defendant John F. Bennetts and in favor of the United States of America;

3. That this Court determine and adjudge that the United States has liens for unpaid federal taxes against defendants John and Nancy Bennetts, and against the real property described in paragraph 9, which property is the subject of this suit, for the sum of $1,129,717.81, plus interest and statutory additions, as provided by law, that have accrued, and continue to accrue,

1  since March 31, 2008;

2  4. That the tax liens of the United States be foreclosed, and that this Court order the
3  sale of the real property described in paragraph 9;

4  5. That, if the amounts distributed to the United States pursuant to the sale of the real
5  property are insufficient to satisfy fully the above-described tax liabilities, the United States have
6  judgment for the deficiency against defendants John and Nancy Bennetts;

7  6. That the United States be granted its costs and attorneys' fees; and

8  7. For such other and further relief as is just and proper.

Respectfully submitted,

JOSEPH P. RUSSOINIELLO
United States Attorney

*/s/ signature*

CYNTHIA L. STIER
Assistant United States Attorney
Tax Division

**COMPLAINT**                                       6

# CIVIL COVER SHEET

JS 44 (Rev. 12/07) (cand rev 1-16-08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
JOHN BENNETTS, et al.

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    MONTEREY
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

CYNTHIA L. STIER, AUSA, TAX DIVISION
450 Golden Gate Ave., 9th Floor, Box 36055
San Francisco, CA 94102
(415) 436-7000

Attorneys (If Known)

C08-3413 RS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question (U.S. Government Not a Party)
[ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | [ ] 510 Motions to Vacate Sentence | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 535 Death Penalty | | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other | | [X] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 550 Civil Rights | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 555 Prison Condition | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | | [ ] 463 Habeas Corpus - Alien Detainee | | |
| | | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Reduce to Judgment Federal Tax Assessments & Foreclose Tax Liens

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)    [ ] SAN FRANCISCO/OAKLAND    [X] SAN JOSE

DATE 7/14/08    SIGNATURE OF ATTORNEY OF RECORD
CYNTHIA L. STIER, AUSA, TAX DIVISION