AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT E-filing

### for the

### Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff | ) |
| v. | ) **CV 08     3413  RS** |
| JOHN BENNETTS, et al. | ) Civil Action No. |
| Defendant | ) |

### Summons in a Civil Action

To:     John Bennetts (Also see attached list)

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking

Name of clerk of court

**ANNA SPRINKLES**

Date:     JUL 15 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## SERVICE LIST

Nancy Hohman Bennetts
25880 Rancho Alto
Carmel Valley, California 93923

John Davies
Chief Counsel, Franchise Tax Board
State of California
9646 Butterfield Way
Sacramento, California 95827

Bank of America Corporate Center
100 North Tryon Street
Charlotte, North Carolina 28255