WILLIAM A. BRANDWEIN (CSBN 119138)
WILLIAM A. BRANDWEIN, A PROFESSIONAL LAW CORPORATION
215 WEST FRANKLIN STREET 5TH FL.
MONTEREY, CA 93940
Telephone 831-372-3266 (Voice)
831-372-0812 (Fax)

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CV -08-3413    RS |
| ) | |
| Plaintiff, ) | ANSWER OF JOHN & NANCY |
| vs. ) | BENNETTS |
| ) | |
| JOHN & NANCY BENNETTS, ETAL ) | |
| ) | |
| Defendant. ) | |

For their answer to the plaintiff's complaint, defendants, John & Nancy Bennetts, state as follows:

**FIRST DEFENSE**

1. Defendants admit the allegations contained in paragraphs 1 through 4 in the complaint as they pertain to Jurisdiction and Venue.

2. Defendants admit the allegations contained in paragraphs 5 through 8 in the complaint as they pertain to the named defendants in this action.

3. Defendants admit the allegation in paragraph 9 of the complaint.

4. Defendants admit the allegation in paragraph 10 of the complaint.

5. Defendants admit the allegations in paragraph 11 of the complaint.

6. Defendants state that they lack the knowledge or information sufficient to form a belief or denial of the allegations contained in paragraph 12 of the complaint, and

Answer

1

therefore deny.

7. Defendants admit the allegations contained in paragraph 13 of the complaint.

8. Defendants state that they lack the knowledge or information sufficient to form a belief or denial of the allegations contained in paragraph 14 of the complaint, and therefore deny.

9. Defendants state that they lack the knowledge or information sufficient to form a belief or denial of the allegations contained in paragraph 15 of the complaint, and therefore deny.

10. Defendants state that they lack the knowledge or information sufficient to form a belief or denial of the allegations contained in paragraph 17 of the complaint, and therefore deny.

11. Defendants state that they lack the knowledge or information sufficient to form a belief or denial of the allegations contained in paragraph 18 of the complaint, and therefore deny.

12. Defendants state that they lack the knowledge or information sufficient to form a belief or denial of the allegations contained in paragraph 19 of the complaint, and therefore deny.

13. Defendants admit the allegation in paragraph 20 of the complaint in so far as they are and have been the owners of the property described in paragraph 9 of the complaint and further state that they lack the knowledge or information sufficient to form a belief or denial of the rest of the allegations contained in paragraph 20 of the complaint.

14. Defendants deny each and every other allegation in the complaint not specifically admitted herein.

**SECOND DEFENSE**

15. Defendants state that they have sufficient assets from which the alleged liability could be satisfied without resorting to a foreclosure of the property and that the request for foreclosure should be denied.

**THIRD DEFENSE**

16. The complaint fails to state a cause of action against these defendants upon which relief can be granted.

WHEREFORE defendants John & Nancy Bennetts request that Court enter judgment denying plaintiff's request for relief, and for all other just and proper relief.

                                           William A. Brandwein,
Attorney for Defendants John and Nancy Bennetts

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been served on the parties herein by mailing true and correct copies of same, postage prepaid, this _____ day of August, 2008, as follows:

    Cynthia Stier
    Assistant US Attorney, Tax Division
    9th FL Federal Building
    450 Golden gate Ave, Box 36055
    San Francisco, CA 94102

    John Davies
    Chief Counsel, Franchise Tax Board
    State of California
    9646 Butterfield Way
    Sacramento, CA 95827

    Bank of America Corporate Center
    100 North Tyron Street
    Charlotte, NC 28255