**\*E-FILED 10/30/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-03413  RS |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JOHN & NANCY BENNETTS, et al., | |
| Defendants. | |
| _____/ | |

The above-entitled case was scheduled for a Case Management Conference on November 5, 2008 at 2:30 p.m.  Pursuant to Civil L.R. 16-9, a Joint Case Management Conference Statement was to be filed with the Court seven days prior to the Conference.  The parties failed to file a Joint Statement timely.  Therefore, the Court continues the case management conference to **January 7, 2009 at 2:30 p.m.**

All parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than December 31, 2008.  The parties shall file a Joint Case Management Conference Statement on or before December 31, 2008.  Counsel for plaintiff shall serve this order on defendants.

IT IS SO ORDERED.

Dated:  10/30/08

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Cynthia Lewis Stier     cynthia.stier@usdoj.gov

Marguerite Celeste Stricklin     marguerite.stricklin@doj.ca.gov

William Arthur Brandwein     brande@usa.net

Dated: 10/30/08

                                    /s/ BAK
                                    Chambers of Magistrate Judge Richard Seeborg