BRUCE J. QUILLIGAN (SBN 77830)
KERRY W. FRANICH (SBN 245857)
PITE DUNCAN, LLP
1820 East First Street, Suite 420
Santa Ana, CA 92705
(714) 285-2633
(714) 285-2668 *facsimile*
E-Mail: kfranich@piteduncan.com

*E-Filed 5/22/09*

Attorneys for Defendant BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN & NANCY BENNETTS; JOHN F. BENNETTS; THE CALIFORNIA FRANCHISE TAX BOARD; and BANK OF AMERICA,<br><br>Defendants. | Case No. CV 08 3413<br><br>Complaint Filed: July 15, 2008<br><br>[PROPOSED] ORDER ACCEPTING STIPULATION AS TO LIEN PRIORITY BETWEEN THE UNITED STATES OF AMERICA, CALIFORNIA FRANCHISE TAX BOARD AND BANK OF AMERICA |

Pursuant to the Stipulation as to Lien Priority entered into between Plaintiff, THE UNITED STATES OF AMERICA ("United States"), and Defendants CALIFORNIA FRANCHISE TAX BOARD ("FTB") and BANK OF AMERICA ("B of A"),

IT IS HEREBY ORDERED:

1. The United States may seek

    (a) entry of money judgments against Defendants JOHN and NANCY BENNETT;

    (b) declarations that the United States has valid and subsisting liens on all property and rights to the property located at 25880 Rancho Alto, Carmel Valley, California ("Subject Property"), with the following legal description:

///

| | |
|---|---|
| 1 | Lot 17 in Tract No. 423 Rancho Tierra Grande |
| 2 | Subdivision No. 1, filed January 8, 1963 in the office of |
| 3 | the County Recorder of the County of Monterey, State |
| 4 | of California, in Map Book 7, Cities and Towns. property |
| 5 | of Defendants JOHN and NANCY BENNETTS; and, |

    (c) judicial foreclosure of the federal tax liens on the Subject Property. By virtue of 26 U.S.C. 6323(a), the federal tax liens against the Subject Property are subordinate to the security interest held by B of A.

    2. Upon request by the United States, B of A will provide payoff information regarding the mortgage on the Subject Property pursuant to California Civil Code Section 2943.

    3. The proceeds from the sale of the Subject Property will be used to pay the claim of B of A before they are used to satisfy the claim of the United States and the claim of the California FTB.

    4. The lien priorities between the United States and the FTB are as follows: the payoffs for the IRS liens, including penalty and interest, are computed to March 31, 2008; FTB payoffs, including penalty and interest, are computed through August 20, 2008, plus interest accruing thereafter, and; the IRS and FTB payoffs do not include interest accruing after the payoff computation dates.

| Assessment Type | Amount | Assessment Date |
|---|---|---|
| FTB 1992 TY | $ 39,741.45 | 02/01/1995 |
| FTB 1993 TY | 4,718.97 | 02/02/1995 |
| IRS 1992/93 TY | 332,436.64 | 02/13/1995 |
| IRS 1991 TY | 180,707.70 | 02/20/1995 |
| IRS CIV PEN | 11,350.50 | 06/17/1996 |
| FTB 1996 TY | 2,207.27 | 06/02/1998 |
| FTB 1997 TY | 48,248.94 | 04/11/1999 |
| FTB 1998 TY | 37,228.05 | 11/05/1999 |

| # | | | |
|---|---|---|---|
| 1 | IRS 1998 TY | 136,262.63 | 11/22/1999 |
| 2 | FTB 1999 TY | 22,460.53 | 10/04/2000 |
| 3 | IRS 1999 TY | 98,554.13 | 10/09/2000 |
| 4 | IRS 0601 941/200106 | 2,524.04 | 09/03/2001 |
| 5 | IRS 1200 941/200012 | 2,090.27 | 10/01/2001 |
| 6 | IRS 0901 941/200109 | 11,244.58 | 12/17/2001 |
| 7 | IRS 1201 941/200112 | 1,203.00 | 03/18/2002 |
| 8 | IRS 2000 TY | 16,532.95 | 11/18/2002 |
| 9 | IRS 2002 TY | 55,519.34 | 11/24/2003 |
| 10 | FTB 2003 TY | 21,168.60 | 02/25/2005 |
| 11 | FTB 2004 TY | 30,584.82 | 01/20/2005 |
| 12 | IRS 2004 TY | 167,271.68 | 08/08/2005 |
| 13 | IRS 2003 TY | 100,269.69 | 08/15/2005 |

5. Prior to filing an application for final order of the Court, the United States agrees to provide an accounting to B of A setting forth the full disposition of the proceeds from the sale of the Subject Property.

6. B of A agrees to be bound by the judgment of the Court as to the right of the United States to judicially foreclosure on its federal tax liens.

7. The United States agrees to bear its own costs and attorney's fees as against B of A, and B of A agrees to bear its own costs and attorney's fees as against the United States.

8. B of A need not actively participate further in these legal proceedings upon the execution, filing and Court's acceptance of this Stipulation.

Dated: 5/22/09

*[signature: Richard Seeborg]*

RICHARD SEEBORG, MAGISTRATE JUDGE
U. S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA