1  WILLIAM A. BRANDWEIN (CSBN 119138)
   WILLIAM A. BRANDWEIN, A PROFESSIONAL LAW CORPORATION
2  215 WEST FRANKLIN STREET 5TH FL.
   MONTEREY, CA 93940
3  Telephone 831-372-3266 (Voice)
              831-372-0812 (Fax)

*E-Filed 12/7/09*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>　　　　Plaintiff, )<br>vs. )<br>JOHN & NANCY BENNETTS, ETAL )<br>　　　　Defendant. ) | CV -08-03413 - RS<br><br>**STIPULATION TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE AND TO CONDUCT CONFERENCE TELEPHONICALLY AND PROPOSED ORDER**<br><br>**DATE**: **January 27, 2010**<br>**Time: 2:30 PM** |

　　　　The parties hereby stipulate, subject to Court approval, to change the date of the Case Management Conference, scheduled for December 16, 2009 to January 27, 2010 at 2:30 PM and that the conference be conducted telephonically. The change is caused by a Court change to December 16, 2009 from December 2, 2009 and the undersigned attorney, William A. Brandwein, being unavailable on that date. Also the parties held a Settlement Conference on November 30, 2009 and agreed to submit further information regarding a pending mortgage refinance and for submission of an Offer in Compromise to the California Franchise Tax Board.

//

//

1

|                              |                                                      |
|------------------------------|------------------------------------------------------|
|                              | Respectfully submitted,                              |
| Date: December 1, 2009       | /s/William A. Brandwein                              |
|                              | WILLIAM A. BRANDWEIN<br>Attorney for Defendants<br>John & Nancy Bennetts |
|                              | JOSEPH RUSSONIELLO<br>United Staes Attorney          |
| Date: December 1, 2009       | /s/ Cynthia Stier<br>CYNTHIA STIER<br>Assistant United States Attorney<br>Tax Division, Attorney for Plaintiff |
|                              | EDMUND G. BROWN<br>Attorney General of the State of California |
|                              | JOYCE HEE<br>Supervising Deputy Attorney General    |
| Date: December 1, 2009       | /s/Marguerite Stricklin<br>MARGUERITE STRICKLIN<br><br>Attorneys for Defendant<br>California Franchise Tax Board |

ORDER

The date for the Case Management Conference shall be changed to January 27, 2010 at 2:30 PM. The conference shall be conducted telephonically. No later than January 20, 2010 all parties shall contact Court Conference at 866-582-6878 to arrange to participate by telephone.

An updated joint case management conference statement shall be filed no later than January 20, 2010.

IT IS SO ORDERED

DATED  12/7/09

_____
RICHARD SEEBORG
United States Magistrate Judge