JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000

Attorneys for the United States of America

*E-Filed 03/02/2010*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 08-03413 RS |
| Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE HEARING ON MOTION |
| JOHN and NANCY BENNETTS, et al., ) | FOR SUMMARY JUDGMENT and [proposed] ORDER |
| Defendants. ) | Date: April 1, 2010<br>Time: 1:30<br>Place: San Francisco<br>Courtroom 3, 17th Floor |

The parties hereby stipulate and agree, subject to the Court's approval, to the following:

The parties to this action, by and through their counsel, respectfully request that the Court continue the hearing on the Motion for Summary Judgment filed by the United States, currently scheduled for March 11, 2010, at 1:30 p.m. to April 1, 2010 at 1:30 p.m., or such other date as the Court orders.

Defendants, John and Nancy Bennetts, request the continuance to allow additional time to effectuate the terms of a possible settlement.

IT IS SO STIPULATED:

|   |   |
|---|---|
| | Respectfully submitted,<br>JOSEPH P. RUSSONIELLO<br><br>United States Attorney |
| Dated: *March 1, 2010*: | */s/ Cynthia Stier*<br>CYNTHIA STIER<br>Assistant U.S. Attorney<br>  Attorneys for the United States of America |
| Dated: *March 1, 2010* : | */s/*<br>WILLIAIM A. BRANDWEIN<br>Attorney for Defendants John and Nancy Bennetts<br><br>EDMUND G. BROWN<br>Attorney General of the State of California<br><br>JOYCE HEE<br>Supervising Deputy Attorney General |
| Dated *March 1, 2010*: | */s/*<br>MARGUERITE STRICKLIN<br>Deputy Attorney General<br><br>Attorneys for Defendant<br>CALIFORNIA FRANCHISE TAX BOARD |

## **ORDER**

The hearing on the Motion for Summary Judgment filed by the United States, currently scheduled for March 11, 2010, at 1:30 p.m. is rescheduled to April 1, 2010 at 1:30 p.m. In addition the Court orders:

Dated: 03/01/2010

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Stip. To Cont. Hrg on Mot
for Summ. Jmt and [proposed]
Order, US v. Bennetts, et al.,
Case No. C 08-03413 RS  2