WILLIAM A. BRANDWEIN (CSBN 119138)
WILLIAM A. BRANDWEIN, A PROFESSIONAL LAW CORPORATION
215 WEST FRANKLIN STREET 5TH FL.
MONTEREY, CA 93940
Telephone 831-372-3266 (Voice)
   831-372-0812 (Fax)

*E-Filed 3/31/10*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CV -08-03413 - RS |
|   Plaintiff, | **STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND ORDER, MODIFIED BY COURT** |
| vs. | |
| JOHN & NANCY BENNETTS, ETAL | |
|   Defendant. | |

  The parties hereby stipulate and agree, subject to Court approval, to the following:

  The parties to this action, by and between their counsel, respectfully request that the Court continue the hearing on the Motion for Summary Judgment filed by the United States, currently scheduled for April 1, 2010 at 1:30 PM to April 15, 2010 at 1:30 PM or such other date as the Court orders.

  Defendants, John and Nancy Bennetts, request the continuance to allow additional time to effectuate the terms of a possible settlement

IT IS SO STIPULATED:

|  |  |
|---|---|
| Date: March 29, 2010 | Respectfully submitted,<br><br>William A. Brandwein<br><br>WILLIAM A. BRANDWEIN<br>Attorney for Defendants<br>John & Nancy Bennetts |
|  | JOSEPH RUSSONIELLO<br>United Staes Attorney |
| Date: March 29, 2010 | /s/ Cynthia Stier<br>CYNTHIA STIER<br>Assistant United States Attorney<br>Tax Division, Attorney for Plaintiff |
|  | EDMUND G. BROWN<br>Attorney General of the State of California<br><br>JOYCE HEE<br>Supervising Deputy Attorney General |
| Date: March 29, 2010 | /s/Marguerite Stricklin<br>MARGUERITE STRICKLIN<br><br>Attorneys for Defendant<br>California Franchise Tax Board |

ORDER

The date for the hearing on the Motion for Summary Judgment filed by the United States, currently scheduled for April 1, 2010 at 1:30 PM is rescheduled for April 29, 2010 at 1:30 PM. Opposition due per Rule 7. No further continuances without a showing of good cause beyond "additional time for possible settlement."

IT IS SO ORDERED.

Dated: March 31, 2010

_____
RICHARD SEEBORG
United States District Judge